IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | |
| | : | |
| WILLIAM ART ROBERTS, | : | Violation: |
| | : | 18 U.S.C. § 912 |
| Defendant. | : | (False Personation of Officer or Employee of |
| | : | the United States) |

**I N F O R M A T I O N**

The United States informs the Court:

COUNT ONE

On or about July 23, 2004, in the District of Columbia and elsewhere, the defendant, WILLIAM ART ROBERTS, did falsely assume and pretend to be an officer and employee of the United States acting under authority thereof, that is, any member and staff employee of the Permanent Subcommittee on Investigations of the Committee on Governmental Affairs of the United States Senate, and in such assumed and pretended character with intent to defraud did deposit with and cause to be delivered by any commercial interstate carrier to a Justice of the

-2-

Royal Courts of Justice in London, England, a letter falsely claiming to submit certain enclosed Committee reports on the Committee's behalf.

(**False Personation of Officer or Employee of the United States**, in violation of Title 18, United States Code, Section 912).

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

By: _____
        ANGELA G. SCHMIDT
        Assistant United States Attorney
        Texas Bar No. 17764980
        Federal Major Crimes Section
        555 4th Street, N.W., 4th Floor
        Washington, D.C. 20530
        (202) 514-7273
        Angela.Schmidt@usdoj.gov