**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
         Plaintiff,

    vs.                                    Criminal No. 05-442   (EGS)
WILLIAM ROBERTS
         Defendant.
_____/

**ORDER**

On **JANUARY 13, 2006**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MARCH 23, 2006**; defendant's memorandum of law, if any shall be filed by no later than **MARCH 30, 2006**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 6,  2006,** a reply, if any, shall be filed by no later than **APRIL 13, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **APRIL 20, 2006 AT 11:00 A.M.**

IT IS SO ORDERED.


DATE: January 13, 2006    EMMET G. SULLIVAN
                          UNITED STATES DISTRICT JUDGE