**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
       Plaintiff,

WILLIAM ART ROBERTS
       Defendant

Criminal No. 05-442(EGS)

**FILED**

JAN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, WILLIAM ART ROBERTS the above named defendant,

who is accused of_____

_____

being advised of the nature of the charge(s), the proposed

information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and

consent that the proceeding may be by information rather than

by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
    Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment