IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: CR 05-442 (EGS) |
| | : | |
| v. | : | **FILED** |
| | : | |
| WILLIAM ART ROBERTS, | : | JAN 1 3 2006 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial.

At all times relevant to this offense, William Art Roberts was a principal of a Washington, D.C.-based lobbying firm that provided legislative advocacy, expertise in regulatory affairs, and strategic planning services for its clients. One of Mr. Roberts' roles in the firm was to assist a variety of public and private sector clients in securing legislative directives and project funding from high-level government decision makers within the White House, federal agencies, and Congress and its committees.

In June 2004, Mr. Roberts' firm was hired to assist a German bank then involved as a defendant in litigation in London, England arising out of the collapse of the Enron Corporation. The bank sought to rebut arguments made by its opponent regarding the credibility of hearings that were conducted, and subsequent findings that were made, in

the Enron matter by the Permanent Subcommittee on Investigations of the Committee on Governmental Affairs of the United States Senate. Specifically, Mr. Roberts' firm was hired to secure a letter from the Subcommittee to the British court attesting to the thoroughness and objectiveness of its investigation.

Mr. Roberts' firm subsequently drafted a letter on the Subcommittee's behalf, and Mr. Roberts took the lead in attempting to convince the Subcommittee to send the letter. In early July, Mr. Roberts met with several Subcommittee staffers in an effort to persuade them to do so. Ultimately, the staffers declined to authorize the letter; however, they agreed to make transcripts of the hearing available to Mr. Roberts so that he could forward them to the British court.

Mr. Roberts' client was not satisfied with sending the hearing transcripts without a transmittal document. Moreover, the client indicated that the litigation was drawing to a close and that the evidence would have to be submitted soon. Mr. Roberts thereafter directed an intern at his lobbying firm to download a press release from the Subcommittee's internet website and create from it a blank document retaining the heading, which bore the Subcommittee's name and address, as well as the names and titles of its two ranking members. Mr. Roberts then arranged to have inserted into that document a modified version of the letter that the Subcommittee staffers previously had declined to send. The modified letter, which was dated July 22, 2004, and addressed to a Justice of the Royal Courts of Justice in London, England, included the statement,

2

"This is being forwarded to you by the Senate Permanent Subcommittee on Investigations...." The letter did not include a signature block and was left unsigned.

On July 23, 2005, Mr. Roberts took the hearing transcripts and the transmittal letter to Federal Express, a worldwide commercial letter and package delivery service. Mr. Roberts then prepared a handwritten air waybill, addressed to the Justice of the British court, in which he identified the sender as the "U.S. Senate, Subcommittee on Investigations." He also provided the Subcommittee's address and telephone number on the waybill; however, he charged the delivery to the lobbying firm's account number. Without authorization of any member of the Subcommittee or its staff, Mr. Roberts then deposited the package containing the transmittal letter and hearing transcripts with Federal Express for delivery to the British court. Mr. Roberts prepared the air waybill and included the transmittal letter in the package with the intent to persuade the Justice of the British Court that the package in fact was submitted on behalf of the Subcommittee. In so doing, Mr. Roberts falsely assumed and pretended to be an officer and employee of the United States acting under authority thereof, in violation of Title 18, United States Code, Section 912.

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

## Defendant's Acceptance

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

1/13/06
Date

William Art Roberts

## Defense Counsel's Acknowledgment

I am William Art Roberts' attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

1/13/06
Date

Ross A. Nabatoff, Esq.