HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

APR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: <u>CR-05-0442</u>** |
| | : | |
| **vs.** | : | **SSN:** |
| | : | |
| **Roberts, William** | : | **Disclosure Date: <u>March 10, 2006</u>** |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____          _____
**Prosecuting Attorney**                                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____ 3/15/06          _____ 3/16/06
**Defendant**                      **Date**          **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **March 24, 2006**, to U.S. Probation Officer
**Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed by:**     _____
                   **(Defendant/Defense Attorney/AUSA)**

**Date:**          _____