**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0442</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Roberts, William | : | Disclosure Date: <u>March 10, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.

   (✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Angela Scanniff_            3/21/06
**Prosecuting Attorney**            Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
   ( )   There are no material/factual inaccuracies therein.

   ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
**Defendant**               **Date**        **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 24, 2006</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0442</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Roberts, William | : | Disclosure Date: <u>March 10, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Angela Schmidt_                  _3/21/06_
**Prosecuting Attorney**                  **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ _____ _____ _____
**Defendant**  **Date**     **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 24, 2006</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer

**Receipt and Acknowledgment** Page 2

¶2  The criminal conduct set forth in the information occurred in June and July 2004. Please note that the reference in the factual proffer to "July 23, 2005" is a typographical error.

¶9  Please correct date to "July 23, 2004."

Signed by: _Angela Schmidt_
(Defendant/Defense Attorney/**AUSA**)

Date: 3/21/06