UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Cr. No.: 1:05-0442 (EGS) |
| : | |
| **WILLIAM ART ROBERTS,** : | |
| : | |
| : | |
| **Defendant.** : | |

### REQUEST TO TRAVEL

Defendant, William Art Roberts, respectfully submits this request to travel to Chatham, Massachusetts on July 29, 2006 where he will vacation with his family and then return to Washington, D.C. on August 5, 2006 (one week vacation).  On April 21, 2006, after accepting Mr. Roberts' guilty plea to the false personation of an officer or employee of the United States in violation of 18 U.S.C. § 912, this Court sentenced Mr. Roberts to two years probation and confined Mr. Roberts to home detention for the first six months of the probationary period.  In addition, this Court imposed upon Mr. Roberts 250 hours of community service, a special assessment of $100 and a fine of $20,000. Mr. Roberts has already paid the special assessment and the fine.  Additionally, he has paid the full cost for a year of probation supervision, and the expense of his electronic monitoring.[1]

---

[1] As part of the sentence, this Court also required Mr. Roberts to pay the costs of his probation supervision at the monthly rate of $287.83, and the expense of his electronic monitoring.

The trip to Massachusetts is for a family vacation where Mr. Roberts will visit with his two daughters and their families.[2] Mr. Roberts already has paid the $4000 cost of the vacation home. Thus, unless this Court permits Mr. Roberts to travel to Massachusetts, Mr. Roberts will lose the $4000.[3] Furthermore, if this Court permits Mr. Roberts to attend this family vacation, it will not lessen the six-month home detention sentence because this Court can impose an additional week of home confinement to replace the week Mr. Roberts is in Massachusetts. In other words, to avoid a significant monetary loss to Mr. Roberts and to permit him to attend a family vacation, Mr. Roberts respectfully requests that this Court grant his Request to Travel and simply extend his home confinement by an additional week. The undersigned has contacted Assistant United States Attorney Angela Schmidt who defers to this Court with respect to his request, and has also contacted United States Probation Officer Kathleen C. Dunn, who takes no position on this request.

Respectfully submitted this _____ day of June, 2006.

_____
Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
Attorney for Defendant William Art Roberts

---

[2]    Mr. Roberts has not seen one of his daughters, Elizabeth Holah, who lives in Oregon, for nearly one year.

[3]    Mr. Roberts will drive to and from Massachusetts.

William Art Roberts' Request to Travel
Page 2