UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| : | **Cr. No.: 1:05-442 (EGS)** |
| : | |
| **WILLIAM ART ROBERTS,** : | |
| : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER**

Having reviewed defendant, William Art Roberts Motion to Travel and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**. William Art Roberts is permitted to travel to Chatham, Massachusetts on July 29, 2006 and must return to his residence in Washington, D.C. by July 5, 2006.

Date: _____    _____
                                                            Emmet G. Sullivan
                                                            United States District Court Judge

Copies to:

Angela G. Schmidt, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C.  20530

Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005