**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
      v.                      )      Crim. No. 05-0442 (EGS)
                              )
WILLIAM ART ROBERTS,          )
                              )
            Defendant.        )
_____)
```

<u>**O R D E R**</u>

On April 21, 2006, the Court sentenced defendant William Art Roberts to two years of probation, including home detention with electronic monitoring for the first six months of the probationary period.  Pending before the Court is Mr. Roberts' request to travel to Chatham, Massachusetts to vacation with his family.

Mr. Roberts pled guilty before this Court on January 13, 2006, to the false personation of an officer or employee of the United States in violation of 18 U.S.C. § 912, and was sentenced shortly thereafter in April.  The Court understands that Mr. Roberts has already paid the $4,000 cost of the vacation home, and thus, may lose the investment if he is not permitted to travel.

When the Court sentenced defendant to a term of probation - as an alternative to incarceration - the Court did not intend to

1

suspend any portion of the home detention component for travel

for vacation.  Nor does the Court plan to suspend the home

detention component at this time for such a purpose.  Further,

the Court is not persuaded that Mr. Roberts did not consider the

possibility that he may not be able to enjoy a vacation with his

family this year when he made the arrangements notwithstanding

his federal sentence.  Accordingly, the motion is **DENIED**.


**SIGNED:     EMMET G. SULLIVAN
             UNITED STATES DISTRICT COURT
             JUNE 21, 2006**