**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Cr. No.: 05-442 (EGS)** |
| **WILLIAM ART ROBERTS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO TERMINATE PROBATION

    Defendant, William Art Roberts, respectfully requests this Court to terminate the Order of Probation entered in this case. Mr. Roberts is a resident of Washington, D.C., and pled guilty on January 13, 2006 to False Personation of an Officer or Employee of the United States. On April 21, 2006, this Court sentenced Mr. Roberts to a two year term of probation with the initial six months consisting of home confinement with electronic monitoring. Additionally, this Court ordered Mr. Roberts to complete two hundred and fifty (250) hours of Community Service and to pay the costs of probation supervision at the rate of $287.83 per month. Furthermore, this Court also ordered Mr. Roberts to pay criminal monetary penalties, including an assessment in the amount of $100.00 and a $20,000 fine.

    Mr. Roberts has fully complied with all of his probation conditions. He has completed his community service requirements and has successfully finished his home detention. In addition, he has paid the costs of probation supervision at the rate of $287.83 per month, paid the assessment in the amount of $100.00, and the fine in the amount of $20,000.00.

    The undersigned has contacted Mr. Roberts' probation officer, Terrence D. Jenkins who does not object to this motion. The undersigned has also contacted AUSA Angie Schmidt

who defers to the Court for a ruling on this motion.

      Respectfully submitted this 24th day of April, 2007.

                                          _____
                                          Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005
  Attorney for Defendant William Art Roberts