UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| : | **Cr. No.: 1:05-442 (EGS)** |
| : | |
| **WILLIAM ART ROBERTS,** : | |
| : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER**

Having reviewed defendant, William Art Roberts Motion to Terminate Probation and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED**. William Art Roberts' probation is terminated immediately, and there are no further restrictions placed upon him.

Date: _____   _____
                                              Emmet G. Sullivan
                                              United States District Court Judge

Copies to:

Angela G. Schmidt, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C.  20530

Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005