UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                        )<br>)<br>WILLIAM ART ROBERTS,              )<br>)<br>            Defendant.            )<br>) | Criminal No. 05-442 (EGS) |

### ORDER

Upon consideration of defendant's Motion to Terminate Probation, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the probation is terminated immediately and defendant is subject to no further restrictions.

Signed:    Emmet G. Sullivan
           United States District Judge
           April 24, 2007