UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Cr. No.: 05-442 (EGS) |
| WILLIAM ART ROBERTS, : | |
| : | |
| : | |
| Defendant. : | |

## MOTION FOR RETURN OF PASSPORT

Defendant, William Art Roberts, respectfully requests that this Court order Pretrial Services to return Mr. Roberts' passport to him as soon as possible. Upon initiation of this litigation, Mr. Roberts surrendered his passport to Pretrial Services in order to comply with the conditions of his pre-trial release. Now, given that this Court has terminated Mr. Roberts' probation, it is the appropriate time for Pretrial Services to return the passport to Mr. Roberts.

Wherefore, for the foregoing reasons, Mr. Roberts respectfully requests that this Court order Pretrial Services to return his passport to him as expeditiously as possible.

Respectfully submitted this 26th day of April, 2007.

_____
Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005
 Attorney for Defendant William Art Roberts