UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| : | **Cr. No.: 1:05-442 (EGS)** |
| : | |
| **WILLIAM ART ROBERTS,** : | |
| : | |
| : | |
| **Defendant.** : | |

**PROPOSED ORDER**

Having reviewed defendant, William Art Roberts Motion to Return Passport, it is hereby **ORDERED** that said request is **GRANTED**. Pretrial Services is **ORDERED** immediately to return Mr. Roberts' passport to him.

Date: _____         _____
                                         Emmet G. Sullivan
                                         United States District Court Judge

Copies to:

Angela G. Schmidt, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530

Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005