UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>v.                                        )     Criminal No. 05-442 (EGS)<br>)<br>WILLIAM ART ROBERTS,            )<br>)<br>            Defendant.           )<br>)| |

### ORDER

Upon review of defendant's Motion for Return of Passport, it is by the Court hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that Pretrial Services shall immediately return William Roberts' passport to him.

**SO ORDERED.**

Signed:    Emmet G. Sullivan
           United States District Judge
           April 30, 2007